**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

CHERYL L. LAND
    Plaintiff,

vs.                                                                 No. _____

                                                                                  **JURY DEMANDED**

ALLSTATE INSURANCE COMPANY
    Defendant.

**NOTICE FOR REMOVAL OF CIVIL ACTION**

        TO THE HONORABLE JUDGES OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION:

        COMES NOW Allstate Insurance Company, by their undersigned attorneys, respectfully shows this Court as follows:

        1.        Petitioner is a Defendant in the above-entitled action.

        2.        On July 7, 2009, Plaintiff, Cheryl L. Land, commenced the above-entitled action against the Petitioner, Allstate Insurance Company, in the Circuit Court of Shelby County Tennessee For the Thirtieth Judicial District at Memphis and assigned docket number CT-003256-09 Div. VI. Attached hereto as Exhibit "A" is a copy of the Complaint.

        3.        There have been no proceedings since the filing of the Complaint.

        4.        The amount in controversy in the above entitled action, exclusive of interest and cost, exceeds $ 75,000.00. At the time of the commencement of this action, and at the time of the filing of this petition, Plaintiff alleges she is a citizen and resident of Tipton County, Tennessee.

5. At the time of commencement of this action filing this petition, Petitioner, Allstate Insurance Company is a corporation, duly incorporated and authorized to do business in the State of Illinois with its principal place of business in Northbrook, Illinois.

6. The above entitled action is a civil action for insurance proceeds and for bad faith brought by Plaintiff against the Defendant.  This claim is the result of a fire which occurred on or about April 22, 2009 in Shelby County, Tennessee, as more fully appears in the Complaint attached hereto.

7. This Court has original jurisdiction of the above entitled action pursuant to 28 U.S.C. Section 1332 since diversity of citizenship exists between the parties, and since Petitioner, Allstate Insurance Company, is not a citizen or the resident of the State of Tennessee, wherein the above entitled action is pending; therefore, removal of this action to this Court is proper pursuant to 28 U.S.C. Section 1441 (a), (b).

8. This petition is filed with this Court within thirty (30) days after being served with the Complaint.  Allstate Insurance Company was served through CT Corporation System on July 22, 2009.

WHEREFORE, Petitioner prays that the above entitled action be removed from the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District of Memphis to this Court and the Petitioner be afforded a trial of this cause by jury.

          Respectfully submitted,

          WALDROP, BARNETT, LAZAROV & NEARN P.C.

          /s/ David M. Waldrop
          DAVID M. WALDROP, # 13079
          Attorney for Allstate Insurance Company
          9032 Stone Walk Place
          Germantown, TN 38138
          (901) 759-3489

**CERTIFICATE OF SERVICE**

This certified that a copy of the foregoing has been certified upon opposing counsel:

Ronald T. Riggs
100 N. Main Building
Suite 3201
Memphis, TN 38103

by placing a copy of same in the U.S. Mail postage prepaid on this the 17th day of August, 2009.

/s/ David M. Waldrop
DAVID M. WALDROP, ESQ.