**CT Corporation**

**Service of Process Transmittal**
07/22/2009
CT Log Number 515175291

TO: Kim Turner
Allstate Insurance Company - Nashville MCO
555 Marriott Drive, Suite 850
Nashville, TN 37214

RE: **Process Served in Tennessee**

FOR: ALLSTATE INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Cheryl L. Land, Pltf. vs. Allstate Insurance Company, Dft. |
| DOCUMENT(S) SERVED: | Letter, Summons, Return Form, Complaint |
| COURT/AGENCY: | 30th Judicial District Circuit Court at Memphis, TN<br>Case # CT00325609 |
| NATURE OF ACTION: | Insurance Litigation - Policy benefits claimed for improvements located on the premises and personal property destroyed by fire on April 22, 2009 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Knoxville, TN |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 07/22/2009 postmarked on 07/20/2009 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after the summons has been served upon you, not including the day of service |
| ATTORNEY(S) / SENDER(S): | Ronald T. Riggs<br>100 N. Main Bldg.<br>Suite 3201<br>Memphis, TN 38103<br>901-526-6200 |
| REMARKS: | Process served/received by the Insurance Commissioner on July 14, 2009, and mailed to CT Corporation System on July 22, 2009. |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 792800409478<br>Email Notification, Patti Gariti pgarq@allstate.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>800 S. Gay Street<br>Suite 0221<br>Knoxville, TN 37929-9710 |
| TELEPHONE: | 865-342-3522 |

**EXHIBIT A**

RECEIVED
JUL 23 2009

Page 1 of 1 / BC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**STATE OF TENNESSEE**
**DEPARTMENT OF COMMERCE AND INSURANCE**
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131

July 17, 2009

Allstate Insurance Company
800 S. Gay Street, Ste 2021, % C T Corp.
Knoxville, TN 37929-9710
NAIC # 19232

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7008 3230 0002 4321 9123
Cashier # 4137

Re: Cheryl L. Land V. Allstate Insurance Company

Docket # Ct-003256-09

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Breach Of Contract Complaint was served on me on July 14, 2009 by Cheryl L. Land pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Circuit Court of Shelby County, TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
 Shelby County
 140 Adams Street, Rm 324
 Memphis, Tn 38103

Service of Process 615.532.5260

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

**SUMMONS IN CIVIL ACTION**

Docket No. CT-003256-09      ☉ Lawsuit    ○ Divorce      Ad Damnum $ 300,000.00

| CHERLY L. LAND | VS | ALLSTATE INSURANCE COMPANY |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

ALLSTATE INSURANCE COMPANY

Method of Service:
- ○ Certified Mail
- ○ Shelby County Sheriff
- ⊘ Commissioner of Insurance ($)
- ○ Secretary of State ($)
- ○ Other TN County Sheriff ($)
- ○ Private Process Server
- ○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on RONALD T. RIGGS AND BRUCE KELLEY, JR. Plaintiff's attorney, whose address is 100 N. MAIN BLDG., SUIE 3201, MEMPHIS, TN 38103, telephone +1 (901) 526-6200 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk

TESTED AND ISSUED    7/7/2009    By _____ D.C.

**TO THE DEFENDANT:**

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 379-7895

I, JIMMY MOORE, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

7/7/2009

JIMMY MOORE, Clerk

By: _____ D.C.

IN THE CIRCUIT COURT OF SHELBY COUNTY TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

CHERYL L. LAND,

  Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

  Defendant.

No. CT-003256-09

Div. VI

JURY DEMANDED

## COMPLAINT

Comes the Plaintiff, Cheryl L. Land and sues the Defendant, Allstate Insurance Company and for cause of action, would state:

1. Plaintiff is a resident of Tipton County, Tennessee.

2. Defendant is an insurance company licensed to and doing business in the State of Tennessee.

3. Defendant issued a policy of homeowner's insurance to Plaintiff covering the premises located at 5712 Remsen, Bartlett, Shelby County, Tennessee 38135. Said insurance policy was in full force and effect on April 22, 2009.

4. On April 22, 2009 the improvements located on the premises at 5712 Remsen, Bartlett, Shelby County, Tennessee were completely and totally destroyed by fire, along with all the personal property, located therein.

5. Plaintiff filed a claim with the Defendant to recover her losses incurred as a result of the fire in accordance with the terms and provisions of the

policy of insurance issued to her by the defendant.

6. Plaintiff has to date complied with all of the requirements of the policy of insurance.

7. Defendant has refused or neglected to pay to Plaintiff the sums due her under the policy of insurance issued by the Defendant.

8. Defendant has refused to pay based upon bad faith.

WHEREFORE Plaintiff sues the Defendant as follows:

1. That Plaintiff be awarded compensatory damages in the sum of $300,000.00 together with prejudgment interest at the statutory.

2. That the Defendant be required to pay a penalty of 25% of any benefits due the Plaintiff in accordance with T.C.A. § 56-7-105.

3. That a jury is demanded to try the issue when joined.

                          Ronald T. Riggs (#5397)
                          Attorneys for Plaintiff
                          3201-100 N. Main Bldg.
                          Memphis, TN 38103
                          (901) 526-6200

                          Bruce Kelley, Jr. (#8564)
                          Attorneys for Plaintiff
                          3201-100 N. Main Bldg.
                          Memphis, TN 38103
                          (901) 528-9089

C:\Corel\Wpdocs\tom\LandComplaint.wpd