```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

| | |
|---|---|
| **CHERYL L. LAND,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ALLSTATE INSURANCE COMPANY,** )<br>)<br>Defendant. ) | Civil No. 09-2534-P<br>**JURY DEMANDED** |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the satisfaction of the Court, that all things and matters in controversy between Cheryl L. Land and Allstate Insurance Company, have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the plaintiffs' case against defendant, Allstate Insurance Company, should be dismissed with prejudice, with each party to bear their own discretionary costs as allowed under Rule 54 (d) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The plaintiffs' cause of action against the defendant, Allstate Insurance Company is hereby dismissed, with prejudice.

2. Each party shall bear their own discretionary costs as allowed by Rule 54(d) of the Federal Rules of Civil

Procedure.  The  Court  cost  shall  be  taxed  against Allstate.

S/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

April 30, 2010
Date

APPROVED BY:


s/ Thomas Riggs
Thomas Riggs
Attorney for Plaintiff
100 N. Mail Building, Suite 3201
Memphis, TN 38103
(901) 526-4855


s/ David M. Waldrop
David M. Waldrop (# 13079)
Attorney for Defendant
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489